**Will BLEVINS, Appellant,**

v.

**Zona BLEVINS, a Widow Woman, et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 7, 1960.

Rehearing Denied March 23, 1962.

W. C. Dabney, Monticello, for appellant.

R. B. Bertram, Monticello, for appellees.

PER CURIAM.

This is a motion for an appeal from a judgment of the Wayne Circuit Court.

The record has been considered and we find no prejudicial error.

The motion for an appeal is denied and the judgment is affirmed.